UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRU IONESCU, LENAY JOHNSON and LAMAR MOSLEY, individually and on behalf of themselves and all other similarly situated,<br><br>*Plaintiffs*,<br><br>vs.<br><br>EXTRA SPACE STORAGE INC.,<br><br>*Defendant*. | Case No. 3̶4:19-cv-02226-YGR<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT EXTRA SPACE STORAGE INC.'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND DISMISS ACTION**<br><br>**\*As Modified by the Court\*** |

1 | In light of the Court's August 23, 2019 order granting Defendant Extra Space Storage Inc.'s
2 | Motion To Compel Individual Arbitration and Dismiss Action (Dkt. No. 27), and finding that good
3 | cause exists, this Court **ORDERS** the Plaintiffs arbitrate their claims and that this action is dismissed
4 | with prejudice.

**IT IS SO ORDERED.**

Dated: September 5, 2019

HONORABLE YVONNE GONZALEZ ROGERS
United States District Judge